# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

## AMENDED JUDGMENT IN A CRIMINAL CASE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Cause No. 2:01 CR 147** |
| | ) | **USM No.: 02470-027** |
| JOSE ORTIZ, | ) | |
| Defendant | ) | **Laura Cullison,** |
| | | **Attorney for Defendant** |

**THE DEFENDANT** pleaded guilty to Counts 1,2 and 3 of the Indictment.

Accordingly, the defendant is adjudicated guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Nos. |
|---|---|---|---|
| Title 21, § 841(a)(1) | Distribution of Controlled Substances | September 21, 2000, January 29, 2001 and March 15, 2001 | 1, 2 & 3 |

Defendant is sentenced as provided in pages 2 through 5 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district, within 30 days, of any change of name, residence, mailing address, or material change in the defendant's economic circumstances until the total special assessment imposed by this judgment is fully paid.

Date of Original Judgment:
   February 6, 2003

February 16 , 2006
Date of Imposition of Judgment

Reason for Amendment:
Correction of Sentence on
Remand  (18 U.S.C. §3742(f)(1))

/S James T. Moody
James T. Moody, Judge
United States District Court

February 16,  2006
Date Signed

**Defendant: Jose Ortiz**                    **Amended Judgment - Page 2**
**Cause No.:  2:01 CR 147**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Thirty-three (33) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By:_____
Deputy Marshal

**Defendant: Jose Ortiz**                    **Amended  Judgment - Page 3**
**Cause No.:  2:01 CR 147**

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the United States Bureau of Prisons.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release, the defendant shall not commit another federal, state or local crime, shall not unlawfully possess a controlled substance, shall refrain from any unlawful use of a controlled substance, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined and directed by the probation officer, and shall comply with the following standard conditions previously adopted by this Court:

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the Court or Probation Officer;

2) The defendant shall report to the Probation Office as directed by the Court or Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month;

3) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer;

4) The defendant shall support his dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons;

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer;

**Defendant: Jose Ortiz**                       **Amended Judgment – Page 4**
**Cause No.: 2:01 CR 147**

10) The defendant shall permit a Probation Officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer;

11) The defendant shall notify the Probation Officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) The defendant shall pay any special assessment imposed; and

15) The defendant shall notify the probation officer of any material change in his economic circumstances that might affect his ability to pay any unpaid special assessment.

In addition, the defendant shall comply with the following special condition:

1) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Defendant: Jose Ortiz**                    **Amended Judgment - Page 5**
**Cause No.:  2:01 CR 147**

## FINE

The Court is imposing no fine because of defendant's inability to pay.

## SPECIAL ASSESSMENT

The defendant must pay to the United States a total special assessment of $ 300.00 which shall be paid in full immediately to the Clerk of this Court.